```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSEPH SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN MANENTI, et al.,<br><br>        Defendants. | Civil Action<br>No. 15-7213 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    1.   On September 30, 2015, Plaintiff Joseph Scott submitted a civil complaint alleging Defendants violated his Eighth Amendment right to adequate medical care by, among other things, denying him a MRI of his shoulder after experiencing excruciating pain for nearly two years. (Complaint, Docket Entry 1). The Court administratively terminated the complaint on October 14, 2015 for failure to pay the filing fee or submit an application to proceed *in forma pauperis*. (Docket Entry 4). Plaintiff paid the filing fee on October 21, 2015, and the Court reopened the case for review.

    2.   On November 12, 2015, Plaintiff filed a motion for a temporary restraining order and for preliminary injunction requesting the Court order Defendants to provide him with a MRI of his shoulder. (Motion for Injunctive Relief, Docket Entry 9).

3.   After reviewing the complaint pursuant to 28 U.S.C. § 1915A, the Court permitted the complaint to proceed in part and ordered Defendants to show cause within 21 days of service why an injunction should not issue. (Docket Entry 18).

4.   Counsel on behalf of the United States Government filed a letter and accompanying affidavit on February 16, 2016, that indicated a MRI was performed on Plaintiff's shoulder on January 27, 2016. (Morales Affidavit, Docket Entry 35-1 ¶¶ 4-5).

5.   The submission also includes a final report from Inspira Medical Center in Vineland, New Jersey where Plaintiff's MRI took place on January 27, 2016. (Id.).

6.   The submissions to this Court indicate Plaintiff has received the relief he requested in his Motion for Injunctive Relief, namely a MRI of his shoulder. The Court can grant no further relief on that motion. It shall therefore be dismissed as moot.

7.   An appropriate Order follows.


 February 22, 2016                     s/ Jerome B. Simandle
Date                                   JEROME B. SIMANDLE
                                       Chief U.S. District Judge