```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JOSEPH SCOTT,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN MANENTI, et al.,<br><br>                    Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-7213 (JBS/AMD)<br><br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief Judge:**

This matter comes before the Court on Plaintiff Joseph Scott's ("Plaintiff") motion for preliminary injunction and temporary restraining order (Docket Entry 43); motion for order to show cause (Docket Entry 53); and motions for default judgment against Defendants Drs. John Manenti and Ruben Morales seeking $20,000 from each (Docket Entry 54 and 55), which motions Plaintiff withdrew on November 9, 2016. (Docket Entry 65.) As of October 24, 2016, all Defendants have been served; however, no responsive pleadings have been filed. (Docket Entry 63.)

Instead, on October 24, 2016, AUSA David Bober sought additional time to respond to the Complaint (Docket Entry 63), which the Court granted with a new due date of November 1, 2016. (Docket Enry 64.) No response has been received from the United States or the individual defendants named in the Complaint and

in the Amended Complaint. (Docket Entry 50.) Meanwhile, Plaintiff has filed a motion on November 9, 2016 (Docket Entry 66) for an extension of time to file a certificate of merit, for which any opposition is due November 28, 2016.

Sensing that there must be some confusion as evidence by the Defendants' failure to respond to the Complaint, the Amended Complaint, and the above motions (Docket Entries 43, 50, 53, and 66), the Court will direct that the Defendants do so forthwith, and no later than **November 29, 2016**. No further extensions will be granted. The accompanying Order is entered.

| | |
|---|---|
| **November 17, 2016** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |