IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MANENTI, et al.,<br><br>　　　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-7213 (JBS/AMD)<br><br>**ORDER** |

　　This matter having come before the Court, and for reasons stated in the Memorandum Opinion of today's date;

　　IT IS this __16th__ day of __November__, **2016,** hereby

　　**ORDERED** that Plaintiff's motion (Docket Entry 65) to withdraw his motions for default judgment (Docket Entries 54 and 55) is granted and said motions (Docket Entries 54 and 55) are hereby dismissed; and it is further

　　**ORDERED** that the Clerk of Court shall add the appearance of DAVID BOBER, Assistant U.S. Attorney, david.bober@usdoj.gov, upon the docket on behalf of Defendants and serve AUSA Bober electronically with this Order and accompanying Memorandum Opinion; and it is further

　　**ORDERED** that the Defendants shall answer or otherwise plead to the Complaint and Amended Complaint herein not later than November 29, 2016; and it is further

**ORDERED** that the Defendants shall respond to Plaintiff's motion for preliminary injunction (Docket Entry 43) and motion for an Order to Show Cause (Docket Entry 53) and for enlargement of time to file a certificate of merit (Docket Entry 66) not later than November 29, 2016; and it is further

**ORDERED** that no further extensions will be granted to Defendants with respect to these duties.

s/ Jerome B. Simandle
JEROME B. SIMANDLE
Chief U.S. District Judge